# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CINCINNATI INSURANCE COMPANY**                                                                    **PLAINTIFF**

v.                                          Case No. **2:19-cv-00115 KGB**

**ANDREA DIEVERNICH,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Pending before the Court is a stipulation of dismissal with prejudice as to plaintiff Cincinnati Insurance Company's ("Cincinnati") claims against defendant University of Arkansas for Medical Sciences ("UAMS") (Dkt. No. 150). The parties represent that UAMS makes no claim as to the proceeds of the policy which is the subject of the instant action (*Id.*, at 1). The parties further represent that Cincinnati's claims against other defendants remain pending at this time (*Id.*). For good cause shown, the Court adopts the stipulation of dismissal with prejudice as to UAMS (Dkt. No. 150). The action is dismissed as to UAMS only.

Also pending before the Court are UAMS's motions to dismiss (Dkt. Nos. 113, 148). Because the Court adopts Cincinnati and UAMS's stipulation of dismissal as to UAMS, the Court denies as moot UAMS's motions to dismiss (Dkt. No. 113, 148).

It is so ordered this 5th day of November, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge