**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CINCINNATI INSURANCE COMPANY**                                                                 **PLAINTIFF**

**v.**                                            **Case No. 2:19-cv-00115 KGB**

**ANDREA DIEVERNICH,** *et al.*                                                                  **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal wherein plaintiff Cincinnati Insurance Company and defendant Radiology Associates, PA, stipulate that Radiology Associates, PA, makes no claim as to the proceeds of the policy which is the subject of this action, and the parties request that the Court enter an order of dismissal with prejudice as to Radiology Associates, PA (Dkt. No. 166). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The Court dismisses with prejudice Radiology Associates, PA.

It is so ordered this 10th day of February, 2021.

_____
Kristine G. Baker
United States District Judge