IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CINCINNATI INSURANCE COMPANY,**
**INC.**                                                             **PLAINTIFF**

v.                             Case No. 2:19-cv-00115 KGB

**ANDREA DIEVERNICH,** *et al.*                                       **DEFENDANTS**

## ORDER

Before the Court is separate defendant Helena Regional Medical Center ("HRMC") and plaintiff Cincinnati Insurance Company's ("Cincinnati") status report as to HRMC's counterclaim (Dkt. No. 241). The parties state that they have conferred on the status of HRMC's counterclaim against Cincinnati, and HRMC agrees to the dismissal of its counterclaim against Cincinnati (*Id.*, ¶ 1). The filing accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(c)(2). For good cause shown, the Court adopts the joint stipulation for dismissal and dismisses without prejudice HRMC's counterclaim against Cincinnati (Dkt. No. 187). The Court denies as moot the pending motion to dismiss filed by Cincinnati (Dkt. No. 188).

It is so ordered this 28th day of September, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge