IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CINCINNATI INSURANCE COMPANY,**
**INC.**                                                                                           **PLAINTIFF**

v.                           Case No. 2:19-cv-00115 KGB

**ANDREA DIEVERNICH,** *et al.*                                          **DEFENDANTS**

## DEFAULT JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered against defendants Becky Alexander, Align MD PLLC, Lashanunti Armstrong, Makhi Armstrong, Sammy Arnett, III, Stacy Arnett, Dana Austin, Amod Bailey, Terrace Bailey Sr., Terrance Bailey Jr., Nicole Baker, Shamika Beale, Eric Bolden, Rance Bolden, Rashuna Boldien, Adrienne Boone, DeMarcus Borum, Marcia Bowen, Aeshia Brown, Cachet Brown, Monica Brown, Timothy Bryant Jr., Jerry Burks, Armonie Calhoun, Jennie Davis, Willie Davis, Andrea Dievernich, Clayton Dyer, Jeff Dyer, Brian Eaton, Jakoliyan Eaton, Latoria Eaton, Eddie Evans, Dalius Fields, Yavarious Frazier, Jarvis Greer, Tanya Greer, Mattie Hardin, Caldreekious Harrell, Tasha Harrell, Markese Harris, Annesha Harrison, Lorenzo Harrison, Nathaniel Harvey, Sharmarcus Heard, Steven Heard, Hickory Hill Pharmacy, Tashia Holder, Eboni Holloway, Cleo Hunter, Brian Jackson, William Jackson, Kadarrian Jones, Orra Lacey, Jayla Lemon, Veronica Lindzy, Andrew Mattson, Silas Ray Marshall, Sha'Kiera McGaughy, Jamarius McGee, Kimberly McKinney, Daitrion McMinney, Mid-Delta Radiology Associates, Richard Moore, Patrick Mugridge, Jakahriyah Owens, Jasmine Pruitt, Avin Redmon, Devita Redmon, Cynthia Redmond, Aasia Riley, Joseph Robinson, Sariah Robinson, Justin Rogers, Kamedra Rogers, Pam Rogers, Saline Clinics LLC, DeMarcus Sheard, Shalanda Smith, Erica

Speed, Tykiah Speed, DeWayne Stackhouse, Mamie Stevenson, Lola Jones-Stevenson, Tommy Lee Stevenson, Kendrick Strickland, Randy Swearengen, Tandria Thomas, Malek Trotter, Walter Vaughn, Crystal Williams, Michelle Williams, Ra'Shanna Williams, Calvin Willis, Aaron Wright, Debra Wright, and Janet Marie Wright.  As to each of the foregoing defendants, Cincinnati is discharged from any further liability arising out of any claims to the funds at issue in this action.

So adjudged this 28th day of September, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge