IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CINCINNATI INSURANCE COMPANY**  **PLAINTIFF**

v.  Case No. 2:19-cv-00115 KGB

**ANDREA DIEVERNICH,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to and consistent with this Court's prior Orders entered in this matter,[1] it is considered, ordered, and adjudged that plaintiff Cincinnati Insurance Company's operative interpleader amended complaint and all claims, cross-claims, and counterclaims filed in this action are dismissed consistent with the Court's Orders.

So adjudged this the 30th day of September, 2023.

_____
Kristine G. Baker
United States District Judge

---

[1] The Court has entered many Orders addressing the status of the claims, cross-claims, and counterclaims pending, including but not limited to Dkt. Nos. 3; 195; 238; 240; 242; 243; 244; 277; 278; 279; 344; 345; 346; 347.